IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiffs,                 )     No CR-11-209-AWI
                                    )
    vs.                             )     ORDER OF RELEASE
                                    )
MARIO RAMIREZ LANDA,                )
                                    )
        Defendant.                  )
_____)

The above named defendant having been sentenced on September 6, 2011 to time served.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 9-6-11

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm